83,249-01

Mr. Jerry A. Gee, Petitioner
TDCJ# 1843029-H.H. Coffield Unit
2661 FM 2054, Tennessee Colony, TX
75884-5000

Honorable Abel Acosta, Clerk                    Friday, May 15th, 2015
Texas Court of Criminal Appeal
P.O. Box 12308-Capitol Station
Austin, Texas 78711

RE: EX PARTE JERRY ALLEN GEE/ WRIT NO. 114-0957-12-A/ Smith Co./

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 26 2015
Abel Acosta, Clerk

HONORABLE ABEL ACOSTA:
Dear Mr. Acosta,

    enclosed, please find one (1) original plus one (1) copy of
my written instrument which I am entitling as follows:
  "PETITIONER'S STATED OBJECTIONS TO TRIAL COURT'S FINDINGS OF FACTS
AND CONCLUSIONS OF LAW ISSUED BY JUDGE JACK SKEEN, JR. 04/29/15."

    Kindly deliver this written instrument to the Justices who
review the Habeas Corpus Transcripts under the above-listed Cause
of action, which was posted on 04/30/15 by Smith County District
Clerk Lois Rogers to the Texas Court of Criminal Appeals.

    Upon my Stated Objections, I wish to enter objections about
Judge Jack Skeen, Jr.'s unethical efforts to collude with District
Judge Christine Kennedy to deceive the Justices of the Texas Court
of Criminal Appeals, as evidenced upon the face of my Objections.
I also desire to present objections to the lack of official entries
in the Habeas Corpus Transcript TABLE OF CONTENTS, specifically my
Certified Mail letter dated 04/30/15 to Smith County District Clerk
Lois Rogers, which contained an exhibit from your office dated 4/13/15
(see attached exhibit per my enclosed STATED OBJECTIONS for clarity).

    These matters continue to deprive me of Due Process of Law and
Equal Protection of the Law pursuant to the Texas Constitution and
the U.S. Constitution (TX. CONST. Art. I, Sec.10; and U.S. Const.
14th Amendment).  I pray the Justices of the Court Of Criminal App-
eals will rectify these acts of Judicial Misconduct and order an Evid-
entiary Hearing into my meritorious claims stated in my habeas corpus.
So that the Interests of Justice will be served, and I can show the
Federal Courts that the Texas Court of Crmiminal Appeals was the only
State Court who gave me a full, fair forum to raise my claims. The
Trial Court officials have consistently deprived me of such and refused
to give me a rightful Appeal Bond as my case called for.  Thank you
for your professional services herein.  Respectfully yours,

                                   DATE SIGNED & POSTED: 05/15/15 @ 7:00 p.m.
_____
  PETITIONER JERRY ALLEN GEE
TDCJ COFFIELD PRISON UNIT
Tennessee Colony, TX 75884               (cc: files)

                                         (JAG/lg)

IN THE TEXAS COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS, U.S.A.

| | |
|---|---|
| EX PARTE JERRY ALLEN GEE § | |
| vs. § | |
| | T.C.C.P. Art. ¶11.07 et seq |
| STATE DISTRICT COURT 114th § | |
| JUDICIAL DISTRICT OF SMITH CO.TX | |
| § | |

------------------------------

## "PETITIONER'S STATED OBJECTIONS TO TRIAL COURT'S FINDING OF FACTS AND CONCLUSIONS OF LAW ISSUED BY JUDGE JACK SKEEN, JR. 04/29/15."

COMES NOW APPLICANT/PETITIONER EX PARTE JERRY ALLEN GEE, and enters his STATED OBJECTIONS to substitute State District Judge Jack Skeen, Jr.'s misrepresentation of a lawful C.C.P. Art. 11.07 FINDINGS OF FACTS and CONCLUSIONS OF LAW, which were dated/signed 04/29/2015. Petitioner would show the Texas Court of Criminal Appeals his grounds:

OBJECTION GROUND #1: Petitioner objects that "recused Trial Judge Christine Kennedy" in fact composed the FINDINGS OF FACT and CONCLUSIONS OF LAW (or, F.F.&C.O.L" for brevity) on March 12th, 2015, word-for-word on all eleven (11) pages, and Petitioner retains a "DATED-STAMP" copy of such in his personal files. Judge Jack Skeen, Jr. has unethically represented that these 11-pages are his own findings and conclusions. Such is designed to deceive and mislead. It is "plagiarism" at its worst because Judge Kennedy has been shown to have bias.

OBJECTION GROUND #2: Smith County District Clerk Lois Rogers has not officially entered all documentations which are material to Petitioner's eight (8) claims for habeas corpus relief. On April 30th, 2015, Petitioner sent a Certified letter with the attached 4-paged exhibits, including a 04/14/15 correspondence from Clerk Abel Acosta. This now puts the entire Habeas Corpus Transcript and proceedings in doubt.

### "RELIEF REQUESTED"

Petitioner requests that a finding of inappropriate procedural law violations are in evidence, and an EVIDENTIARY HEARING WITH APPOINTED COUNSEL is required to develop the facts. Respectfully entered:

_____  May 15, 2015

APPLICANT/PETITIONER Jerry Allen Gee  (signed this 15th of May, 2015).



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
 JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1600

April 14, 2015

Jerry Gee # 1843029
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

RE: Trial Court Case # 114-0957-12-A

Dear Mr. Gee :

After a thorough search of our records, we find that you do not have a Writ of Habeas Corpus filed in the Court of Criminal Appeals at this time. If you have any further questions or concerns, please direct them to the District Clerk in the convicting county where you originally filed the application.

I am herewith returning your documents.

Sincerely,

Abel Acosta, Clerk

AA/kd
Enclosure

Honorable Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308-Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

Mr. Jerry Allen Gee, Petitioner Pro-se
TDCJ# 1843029-H.H. Coffield Unit
2661 F.M. 2054
Tennessee Colony, Texas 75884

RE: Submission of PETITIONER'S OBJECTIONS TO STATE'S SUPPLEMENTAL ANSWERS.
[WRIT CAUSE NO. 114-0957-12-A/ 114th Dist. Ct. Smith County,TX.]

Tuesday, March 31st, 2015

HONORABLE ABEL ACOSTA:

Dear Clerk A. Acosta,

please find enclosed two (2) sets of my 9-paged written inst-
rument entitled: "PETITIONER'S OBJECTIONS TO THE TRIAL COURT OFFICERS/
STATE'S MARCH 12th, 2015 REPITITIOUS "SUPPLEMENTAL ANSWERS".

I was not offered an opportunity to submit my OBJECTIONS to
the Trial Court, as I just received their package on 03/17/15 from
the prison unit mailroom. However, I have tried to provide you
with copies of all my submissions throughout these State habeas cor-
pus proceedings to demonstarte my efforts for compulsory process.
As witnessed on the last page of the Court's 03/12/15 "SUPPLEMENTAL
ANSWERS" and FINDINGS/CONCLUSIONS of Judge Christine Kennedy, the
habeas corpus transcripts were ORDERED to be transmitted to your
Texas Court of Criminal Appeals(see page 11 of 11 on FINDINGS)
before I ever received a copy of such.

By copy of this instant letter and the 9-paged enclosure,
I notifying the parties listed in the heading of my enclosed doc-
ument (e.g., Judge C. Kennedy; Smith Co. District Attorney; trial
counsel Lajuanda Lacy; appeal counsel James Huggler, Jr.) by send-
ing sufficient copies to the Honorable LOIS ROGERS, Smith County,
Texas District Clerk, for distribution and service. Please file
the same with the Texas Court of Criminal Appeals. Sincerely yours,

MR. JERRY ALLEN GEE, Petitioner Pro-se

J.A.G./lg
CC: files
ENCLOSURE-9 pages

Mr. Jerry A. Gee, EX PARTE PETITIONER
2661 F.M. 2054/ Coffield/ TDCJ# 1843029
Tennessee Colony, Texas 75884-5000


SMITH COUNTY DISTRICT CLERK:
The Honorable Lois Rogers, Clerk
100 N. Broadway, Room #204          POSTED -VIA- Certified Mail
Tyler, Texas 75702               NO.:_____
(903) 590-1672/ Fax# 590-1661

Thursday, April 30th, 2015

RE: Notice of "DELAYED WRIT" transmission to the Texas Court of
    Criminal Appeals under WRIT/CAUSE NO. 114-0957-12-A entitled:

            EX PARTE JERRY ALLEN GEE, Petitioner


Honorable Lois Rogers:
Dear District Clerk Rogers,
      please peruse the attached one-paged notification (dated 04/14/15)
from the Clerk for the Texas Court of Criminal Appeals, the Honorable
Abel Acosta.  Thereafter, please peruse the attached one-paged letter
(dated 03/31/15) and which is "DATE-STAMPED" April 06, 2015 by the
Clerk for the Tx.Ct.Cr. Appeals, (my OBJECTIONS cover letter).

      As you can discern, I received the 114th Judicial District Court
Judge's Christine Kennedy's 11-paged "FINDINGS OF FACT and CONCLU-
SIONS OF LAW" [Supplemental] on 03/17/15, and the last page reflects:

                              ORDER
      "The Court orders the Clerk of the  Court to immediately trans-
fer to the Court of Criminal Appeals:
(1)  a copy of the Application for Writ of Habeas Corpus;
(2)  any  answers and waivers executed by the State;
(3)  a copy of the files and docket sheets in the original cause of
     action and the files and docket sheets in the first Application
     for Writ of Habeas Corpus; and,
(4)  This certificate."

      Mrs. Rogers, the above ORDER on the SUPPLEMENTAL FINDINGS OF
FACT and CONCLUSIONS OF LAW was attached to the STATE'S SUPPLEMENTAL
ANSWER (DATE-STAMPED: 2015 MAR 12 PM 3:10-by your office) consist-
ing of 18 pages.  Also attached was Trial Attorney LaJuanda Lacy's
and Appeal Attorney James Huggler's lengthy Affidavits and exhibits
totalling 26 more pages, and combined total of 55 pages. All under
your "DATE-STAMP/Office Seal"  of 03/12/15.

      In conclusion, please make this available to the 114th Court
Clerk-that the Texas Court of Criminal Appeals has not received the
Habeas Corpus Transcripts which Judge Kennedy ORDERED the transfer
of-on 03/12/15.  This is a gross violation of procedural time limits
under the provisions of Texas Code of Crim. Proc. Art. ¶11.07 et seq.

(continued on PAGE 2 of 2 pages)

I originally filed my State Writ of Habeas Corpus on 10/17/14, with prompt NOTICE OF THE 01/28/2015 EXPIRATION DATE FOR THE FEDERAL ACT A.E.D.P.A. (28 U.S.C. §2254(d)(1) one-year limitation). When the procedural time limit to process the State Writ of Habeas Corpus pursuant to TX.C.C.P. Art. 11.07 et seq was exceeded by Judge Christine Kennedy's Court (e.g., the convicting court); then, I notified the Federal Courts at Tyler, Texas, and Beaumont, Texas, of the unreasonable delay and prodedural time limit violations (see: Civil Action No. 6:15-cv-57 filed on 01/02/15 and posted via Certified mail Permit No. 7012-3460-0002-0800--1765).

This all equates to prolonging my illegal imprisonment imposed by Judge Christine Kennedy's Court (114th Judicial District Court of Smith County, Texas) based on the unconstitutional trial errors committed before, during, and after my 2012 D.W.I. indictment. Such delays must come under a "harm analysis" if I am compelled to seek relief from the Federal Courts by way of a Title 28 U.S.C. §2254 PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY. (See: **Pace v. Diguglielmo**, 544 U.S. 408, 418, 125 S.Ct. 1807(2005). Hopefully, however, the Texas Court of Criminal Appeals will deem it just to reverse this illicit conviction and set aside the void Judgment and Sentence imposed by Judge Kennedy on 12/19/2012.

In conclusion, please make this instant letter and the two-pages-attached-hereto a part of the State Habeas Corpus Transcript if it is still idling in the Tyler, Texas Courthouse or Courtroom.

By copy of these four (4) pages herein, I am notifying the following parties of my efforts to move this delayed writ proceeding along the wheels of justice:

1). Judge Christine Kennedy
    114th District Court of Smith Co.
    100 N. Broadway/ Courthouse
    Tyler, Texas 75702

2). Smith County D.A. Matt Bingham
    100 N. Broadway, 4th Floor
    Tyler, Texas 75702

3). Honorable Abel Acosta, Clerk
    Texas Court of Criminal Appeals
    P.O. Box 12308-Capitol Station
    Austin, Texas 78711

4). Hon. Lois Rogers
    District Clerk Smith Co.
    100 N. Broadway, Rm.204
    Tyler, TX. 75702
    (903) 590-1672

5). CC: Files: J.A.G.

/s/ _____
Jerry Allen Gee, Pet.
2661 FM 2054/TDC# 1843029
Tennessee Colony, TX. 75884

Respectully submitted on this 30th day of April, 2015:

/s/ _____

PAGE TWO of 2 pages